# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MARTREK D. WINGO**                                                     **PLAINTIFF**

**v.**                                                      **NO.: 3:21-CV-83-MPM-JMV**
**AMAZON.COM, INC.,**
**AMAZON.COM SALES, INC.,**
**AMAZON.COM SERVICES, LLC, AND**
**JEFF BEZOS**                                                     **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "a motion asserting. . . a jurisdictional defense. . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion… [is a decision] committed to the discretion of the court, upon a motion by any party seeking relief." L.U. CIV. R. 16(b)(3)(B).

Defendants have filed a motion to dismiss based on jurisdictional defense [11]. Accordingly, staying discovery in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED that** the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to dismiss. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this 24th day of June, 2021

                                                             /s/ Jane M. Virden
                                                             UNITED STATES MAGISTRATE JUDGE