**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**MARTREK D. WINGO**                                                   **PLAINTIFF**

**V.**                                                   **NO.:  3:21-cv-83-MPM-JMV**

**AMAZON.COM SERVICES LLC**                                                   **DEFENDANT**

**ORDER**

Before this court is the Plaintiff's Motion to Substitute Corporate Defendant [34]. Given

that the matter has been dealt with by orders [26] and [31], the motion is terminated as moot.

**SO ORDERED**, this, the 14th day of July, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE