# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **Martrek D. Wingo,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:21-cv-00083-MPM-JMV |
| ) | |
| **Amazon.com Services, LLC** ) | |
| ) | |
| **Defendant.** ) | |

---

**ORDER GRANTING MOTION TO INCREASE THE NUMBER OF PAGES ALLOWED FOR THE MEMORANDUM BRIEF IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AND REBUTTAL BRIEF OF DEFENDANT AMAZON.COM SERVICES, LLC**

---

Before the Court is the Motion of Defendant Amazon.com Services, LLC (hereinafter "Amazon") to increase the total number of pages allowed for its Memorandum Brief in Support of Motion for Summary Judgment and Rebuttal Brief from a combined thirty-five (35) pages to a combined fifty-five (55) pages. (ECF No. 89). Plaintiff has consented to the relief requested in Amazon's motion to increase pages and, for the reasons set out in Amazon's supporting Memorandum, the Court finds the motion is well taken and should be Granted. Accordingly, Defendant Amazon is allowed a combined total of fifty-five (55) pages for its Memorandum Brief in Support of Motion for Summary Judgment and Rebuttal Brief.

I**T IS SO ORDERED** on this 23rd day of May 2022.

                                               /s/ Michael P. Mills
                                             **UNITED STATES DISTRICT JUDGE**
                                             **NORTHERN DISTRICT OF MISSISSIPPI**